# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  07-cr-00010-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  JASON WONG,

     Defendant.

## MINUTE ORDER[1]

     This matter comes before the court *sua sponte* to vacate the change of plea hearing set for May 11, 2007.  Due to a conflict arising on the court's calendar, the change of plea set for May 11, 2007, is **VACATED** and is **RESET** to **May 4, 2007**, at 11:00 a.m.

Dated:  March 26, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.